UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                             :

INFINITEX SOLUTIONS LLC,            :
                                             :

                   Plaintiff,    :
                                             :           22-CV-7993 (VSB)

       - against -         :
                                           :            **ORDER**

ML HEALTHCARE PARTNERS GMBH, et  :
al.,                                        :

                 Defendants  :
                                           :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On September 27, 2022, I ordered that a show cause hearing would be held on October 3, 2022 at 4:00 p.m.  (Doc. 18.)  It is hereby

      ORDERED that the conference will be held on October 4, 2022 at 1:00 p.m via telephone, using the dial-in 888-363-4749 and the access code 2682448.

SO ORDERED.

Dated:     October 3, 2022
            New York, New York

                                        Vernon S. Broderick
                                        United States District Judge