UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
INFINITEX SOLUTIONS LLC, :
:
                  Plaintiff, :
:      22-CV-7993 (VSB)
      - against - :
:      **ORDER**
:
ML HEALTHCARE PARTNERS GMBH, et :
al., :
:
                  Defendants :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Today, I held a hearing in this case. In accordance with my comments at the hearing, it is hereby

      ORDERED that Petitioner shall file the text messages and WhatsApp messages discussed at the hearing on or before October 6, 2022.

      IT IS FURTHER ORDERED that Respondent Suhail al Ansari ("Ansari") shall file any supplemental briefing in opposition on or before October 14, 2022.

      IT IS FURTHER ORDERED that Petitioner shall file any reply to Ansari's supplemental briefing on or before October 21, 2022.

SO ORDERED.

Dated:    October 5, 2022
           New York, New York

                                                  Vernon S. Broderick
                                                United States District Judge