```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
INFINITEX SOLUTIONS LLC,                                     :
                                                             :
                                   Petitioner,               :
                                                             :         22-CV-7993 (VSB)
                    - against -                              :
                                                             :              ORDER
                                                             :
ML HEALTHCARE PARTNERS GMBH, et                              :
al.,                                                         :
                                                             :
                                   Respondents.              :
                                                             :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

Respondent ML Healthcare Partners GmbH ("ML Healthcare") has represented that on September 20, 2022, Petitioner sent a notice to ML Healthcare seeking mediation, as required by the parties' Loan Agreement, and that "ML Healthcare is willing to mediate." (*See* Doc. 22-1 ¶¶ 22, 23.) Accordingly, it is hereby

ORDERED that the parties file a joint letter on or before November 3, 2022 updating the Court on the status of mediation.

SO ORDERED.

Dated:    October 27, 2022
            New York, New York

                                                                                    Vernon S. Broderick
                                                                                 United States District Judge