UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
INFINITEX SOLUTIONS LLC,                          :
                                                  :
                              Petitioner,         :
                                                  :               22-CV-7993 (VSB)
            -against-                             :
                                                  :                    **ORDER**
                                                  :
ML HEALTHCARE PARTNERS GMBH, et   :
al.,                                              :
                                                  :
                              Respondents.        :
                                                  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: November 18, 2022
       New York, New York

                                                                 _____
                                                                  Vernon S. Broderick
                                                                  United States District Judge